## LAW OFFICE OF STEPHANIE MC CLURE

559 Newark Avenue
Jersey City, New Jersey 07306
201-292-3414

| | |
|---|---|
| 101 Avenue of the Americas; 9th Fl | Lic. NJ, NY, CA, MA |
| New York, New York, 10013 | *Certified by the NJ Supreme Court |
| (646) 417-8380 | as a Criminal Trial Attorney |

---

January 27, 2023

Hon. Gary R Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

  Re: Gibson v. County of Suffolk, et al
     Case no.: 2:19-cv-03871

Dear Judge Brown:

  Pursuant to the prior Order of this court, I am hereby submitting a letter Status Report on behalf of plaintiff, Troy Gibson. At the time of this writing, the undersigned counsel is pending termination and imminent substitution of counsel.

  I am in receipt of counsels' respective status reports at DE 85 and 86. Please note that I do not know what "acknowledgement" of "status" counsel is referring to in DE 86 and deny any such discussion.

  I expect that a Consent Substitution will be filed forthwith.

                 Respectfully submitted,

                 /s/ Stephanie Mc Clure

SMC/