# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 17, 2023 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-19-3871 (GRB) |
| NAME OF CASE(S): | Gibson v. Suffolk County Police Department et al. |
| FOR PLAINTIFF(S): | McClure, Gibson |
| FOR DEFENDANT(S): | O'Rourke, Gabon |
| NEXT CONFERENCE(S): | Telephone Conference - March 29, 2023 at 10:00 a.m. |
| FTR/COURT REPORTER: | AT&T (10:33 - 11:22) |

RULINGS FROM Motion Hearing:

Court heard argument on the First MOTION to Withdraw as Attorney [88]. Mr. Gibson will use the next 30 days to attempt to locate a new attorney to represent him if the attorney-client relationship with Ms. McClure cannot be repaired. The Court will hold a further telephone conference on March 29, 2023 at 10:00 a.m. The Plaintiff must participate with all counsel and connect to the conference through dial-in number 888-557-8511 with access code 3152145.